**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6604

CLARENCE MILLER,

       Plaintiff - Appellant,

        v.

SGT KIMBERLY GARVIN, a/k/a Kimberly Garvin; DHO MR. ERNEST
ROWE,

       Defendants - Appellees,

        and

DENNIS PATTERSON, Region 2 Deputy Director; WARDEN MR.
STEVENSON,

       Defendants.

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Timothy M. Cain, District Judge.  (6:15-cv-00108-TMC)

Submitted:  June 20, 2017                    Decided:  June 22, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Scott Miller, Appellant Pro Se. Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN, Columbia, South Carolina, and Drew Hamilton Butler, RICHARDSON PLOWDEN, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Scott Miller appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Miller's 42 U.S.C. § 1983 motion for failure to comply with a discovery order and for lack of prosecution under Fed. R. Civ. P. 37 & 41. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Garvin*, No. 6:15-cv-00108-TMC (D.S.C. Mar. 8, 2016). We deny Miller's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*